IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

FILED BY

03 SEP 18 PM 2:

CLAR... MADD
CLERK U.S. DIST. C
S.D. OF FL.–MIAM

CRAIG KAYAJANIAN,

        Plaintiff,

v.

UNUM LIFE INSURANCE COMPANY
OF AMERICA,

        Defendant.

_____/

CASE NUMBER:
02-80883-CIV-UNGARO-BENAGES
MAGISTRATE:  BROWN

## PLAINTIFF'S REPLY MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION IN LIMINE

      Plaintiff, CRAIG KAYAJANIAN, by and through his undersigned counsel,   hereby makes this his Reply Memorandum of Law in Support of Plaintiff's Motion in Limine and states as follows:.

1.      UNUM misleads the Court as to the facts.  UNUM, namely, alleges that:

> "[O]n Plaintiff's claim for waiver of life insurance premiums and reinstatement of life insurance benefits, *UNUM has no record of any claim* being filed by Plaintiff and, thus, *there is no administrative record.*" (Defendant's Memorandum of Law, p.2) Emphasis added.[1]

      This is not true.  In  at least five places in its administrative record, UNUM has documented that Plaintiff is claiming waiver of his life insurance premium.

      First, on the top page of UNUM's administrative record is found a copy of document labeled "Shared Claim Life Waiver /LTD." (A.R. UACL 01432, a copy of which is attached

---

[1] Referred to below as "Defendant's Memo."

1

**CASE NUMBER:  02-80883-CIV-UNGARO-BENAGES**

hereto as Exhibit A.)  It would appear inexcusable for UNUM not  to  have  even  looked at  the  very first page of its own administrative record before  asserting  baldly  to  this Court that:  "[U]NUM has no record of any claim . . . and . . . thus, there is no administrative record." (Defendant's Memo, p.2).

Moreover, Page UACL 01432 itself provides even a more telling indication of UNUM's handling of Plaintiff's claim for waiver of his life insurance premium.  Page UACL 01432 (Exhibit A hereto) states in express terms:

> "Please provide *Life Waiver* with any new or additional medical, vocational, or other information upon receive that is *pertinent to the risk management* of this claim.
>
> "Please *notify Life Waiver* IMMEDIATELY if the LTD claims [sic!] closes, is settled, or maxes out.
>
> "*Contact: Life Waiver* at: 1-800-822-9103 or 575-9951 Mail Routing: D221" (Exhibit A.)  (Emphasis added.)

It is therefore false for UNUM to have stated to this Court that: "[U]NUM has no record of any claim . . . and . . . thus, there is no administrative record." (Defendant's Memo, p.2).

2. Again, UNUM's administrative record contains copies of the provisions of the various insurance coverages excerpted from the summary plan description, or "manual" provided by Steve Moore Chevrolet, Inc. to Plaintiff.  On September 22, 1999, Plaintiff himself sent them by fax to UNUM. (UACL 00885-00881, attached as Exhibit B hereto.)

The summary plan description provides for waiver of premium during a qualified disability:

2

**CASE NUMBER:  02-80883-CIV-UNGARO-BENAGES**

> **"Continuing Benefits"**
> "You will not be required to make contributions for disability or life insurance coverage during a qualified disability." Exhibit B, page UACL 00882.**)**

3.      Additionally, UNUM has in its administrative record a copy of Plaintiff's Earnings Statement for the period ending 08/18/1998, showing payment by Plaintiff through payroll deduction both for "Disability" and also "Optional Life." (attached hereto as Exhibit C, UACL 00880.)  This is the final page of Plaintiff's September 22, 1999 fax transmittal to UNUM dated September 22, 1999. ( Exhibit B, attached.)

4.      Perhaps the best and clearest evidence of UNUM's having misled the Court is page UACL 01122, an undated paged of UNUM's administrative record which states in bold, handwritten letters the notation in the three simple words: "Life Waiver Copied." (Exhibit D, attached hereto.)

5.      Below Exhibit D in the administrative record are pages UACL 001121-000700, UNUM's claim file on Plaintiff's claim.      Notable among those pages are two pages dated 07/20/1999 and labeled "UNUM CEIL ELIGIBILITY FILE 521022 AUTO NATON INC." (Pages UACL 00708-00707 attached as Exhibit E hereto.)

6.      Exhibit E shows Plaintiff's name, birthdate, hire date and the payroll deductions Plaintiff paid for "DISABILITY" and *"Life Insurance*." (Page UACL 00708.) (Emphasis added.)

3

CASE NUMBER:  02-80883-CIV-UNGARO-BENAGES

7.      UNUM for the first time now asserts that UNUM: "[w]ould need to go outside the administrative record in order to present evidence concerning  .  .  . the period of time during which Plaintiff was incarcerated  .  .  ." (Defendant's Memo, p.3)

That is bogus.  In UNUM's administrative record is Plaintiff's letter to Matthew J. Roop of UNUM dated April 24, 2002.  (Page UACL 01307-01305, attached as Exhibit F hereto).  Plaintiff expressly stated to UNUM that for eleven months he could not have worked, even if he had been able to, because he was incarcerated. (Exhibit F, Page UACL 01306).  Plaintiff expressly went out of his way to disclose to UNUM how long he was incarcerated.  Plaintiff's April 24, 2002 letter was met with a response from Mr. Roop dated May 7, 2002 (Page UACL 01308) indicating he had read Plaintiff's April 24, 2002 letter and informing  Plaintiff that he had (satisfactorily) "exhausted his administrative remedies." (Page UACL 01308, Exhibit G attached hereto).

Thus, UNUM already knew back in April, 2002 about Plaintiff's incarceration, because Plaintiff himself had informed UNUM in writing about it. (Exhibit F, *supra.* UACL 01306.)   UNUM's implicit assertion in its own memorandum  that UNUM only just now, after suit was filed, learned for the first time about Plaintiff's incarceration counts as UNUM's second attempt to mislead the Court.

In the same sentence previously quoted above UNUM alleges that, during the period of time Plaintiff was incarcerated: "[n]o benefits are payable during such time under the express  provisions  of  the  long term disability policy (the "LTD Policy") at issue, or any

4

CASE NUMBER:  02-80883-CIV-UNGARO-BENAGES

offsets available under the LTD Policy."  (Defendant's Memo., p.3.).

8.     While UNUM's assertion may be granted some latitude as being merely argument,

in fact UNUM miscites the express provision of its own policy.  That is emphatically not

what the Policy provides or how it reads. The upshot is again that UNUM misleads the

Court, and this time it is plain on the face of the Policy. The UNUM policy is contained in

pages UACL 01428-01391 of UNUM's administrative record (attached as Exhibit H hereto.)

The only provision of the Policy touching at all on the question of disqualification from

benefits is found on Exhibit H, page UACL 01405 and reads:

> *"WHAT DISABILITIES ARE NOT COVERED UNDER YOUR*
> *PLAN?*
> "Your plan does not cover any disabilities caused by, contributed to
> by, or resulting from your:
> .  .  .
> "—commission of a crime for which you have been convicted under
> state or federal law." (Exhibit H., page UACL 01405.)

UNUM does not contend that Plaintiff's disability *resulted from* the *commission* of

a crime.  Referring to Plaintiff's crime as "check fraud" (See Defendant's Memo, p. 12),

UNUM would find it difficult, to say the least, to content that  Plaintiff's disabling condition

arose as the result of the act of writing a check.  More importantly, UNUM cites page LTD-

BEN-8, i.e., Exhibit H hereto, page UACL 01405, UNUM's as sole support for its

contention. (Defendant's Memo., p.4.)

5

**CASE NUMBER:  02-80883-CIV-UNGARO-BENAGES**

9.     To this point UNUM has demonstrated that UNUM either cannot read its own administrative record or else is consciously misrepresenting the contents of that record to the Court.  Now at this juncture UNUM implies that it thinks that the Court cannot read the contents of UNUM's contract.  Given even its most generous interpretation, however, and that is as mere argument, the Court, as UNUM knows, must construe all ambiguities in insurance contracts against the insurer as the drafter of the contract.  HCA Health Services of Georgia, Inc. v. Employers Life Ins. Co., 240 F.3d 982, 994 at n.24 (11th Cir. 2001). Even if, therefore, there had been any doubt that the "commission of a crime," e.g. burglary, was what the Policy exclusion meant and that the "commission" had to be  causally related to the alleged disability, that doubt would have to be resolved against UNUM and in favor of Plaintiff under the traditional rule of contra proferentem.  HCA Health Services, supra, 994 at n.24.

10.     In conclusion, UNUM attempts to engage in mudslinging against Plaintiff, but as the saying goes:  "When you point one finger to accuse someone else, you have three more pointing back at you." UNUM has shown a distinct lack of candor and it would appear has misled the Court about the contents of UNUM's own administrative record.  UNUM asserts that there is nothing in it about a claim by Plaintiff for a life insurance waiver of premium, but there is, at the places cited and quoted above.  UNUM also implies that after the close of the administrative record UNUM first learned of Plaintiff's incarceration, but that also is not true on the face of the administrative record. Plaintiff disclosed his

CASE NUMBER:  02-80883-CIV-UNGARO-BENAGES

incarceration to UNUM in writing on April, 2002, and UNUM wrote back to inform Plaintiff that UNUM had read his letter.  UNUM finally attempts to put a spin – in UNUM's favor – on an express provision of UNUM's own policy—regarding disabilities resulting from the commission of a crime.  UNUM, however, fails to quote the express language of its  Policy or even to offer any argument at all in support of UNUM's strained effort at reinterpreting and restating the actual Policy provision so as to prohibit benefit payments during periods of incarceration.  Not only does the express provision of the Policy refer to the exclusion of – rather than the limitation of benefits for – disabilities caused by the "commission" of a crime, any ambiguity must be construed against UNUM and in favor of Plaintiff under the express holding of  HCA Health Services, *supra*, 994, at n. 24.

Therefore, Plaintiff respectfully requests the Court confine its initial de novo examination to the administrative record, as required by HCA Health Services, *supra*, 993, at n.23[2], and that  the Court grant Plaintif's  Motion in Limine.

---

[2]" 'Wrong' is the label used by our precedent to describe the conclusion a court reaches when, after reviewing the plan documents and disputed terms de novo, the court disagrees with the claims administrator's plan interpretation . . . . 'Brown [v. Blue Cross & Blue Shield, 898 F.2d (11th Cir. 1995)] instructs us to review de novo whether the insurer's interpretation is wrong.'" Id. (Citations omitted. )

**CASE NUMBER:  02-80883-CIV-UNGARO-BENAGES**

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a true copy of the foregoing has been furnished by U.S. Mail to Kristina Pett, Esq., counsel for Defendant, 2101 N.W. Corporate Blvd., Suite 218, Boca Raton, FL 33431 this ⎵⎵ day of September, 2003.

                PAUL M. SULLIVAN, JR.,
                ATTORNEY AT LAW, P.A.
                Counsel for Plaintiff
                580 Village Blvd.
                Suite 280
                West Palm Beach, FL 33409
                (561) 689-7222- Phone
                (561) 689-5001- Fax
                E-mail: psulliv@bellsouth.net

                By:_____
                    PAUL M. SULLIVAN, JR.
                    FL BAR NUMBER: 223891

8

# EXHIBIT A

Closed
12/29/00

**Shared Claim**
**Life Waiver/LTD**

Please provide Life Waiver with any new or additional medical, vocational, or other information you receive that is pertinent to the risk management of this claim.

Please notify Life Waiver IMMEDIATELY if the LTD claims closes, is settled, or maxes out.

Contact:  Life Waiver at:  1-800-822-9103 or 575-9951
Mail Routing:  D221

Chad Whelsky

2946113

UPPTL
CLM-ADM-1.4-5341185                 VOL    1
4/12/2001          4/12/2001
KAYAJANIAN,  CRAIG 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
0098570858
HARDEMAN, DOLORES A.  417-44-675

Kayajanian Craig
Closed 4/12/2001

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

UACL01432

# EXHIBIT B

9-22-1999 12:30PM    .. JM                                                          P. 1



Steve Moore Chevrolet, Inc.
5767 Lake Worth Rd.
Greenacres, Fl 33463

# FAX

| To: Ms. KIRBY | From: CRAIG KAYAJANIAN | Date: 9/22/99 |
| --- | --- | --- |
| | | Number of Pages: 6 |
| | | Phone: (561) 434-5224 |
| | | Fax: (561) 433-3783 |

Remarks:

Please find our manuel clearly Defineng
"Income"
also find my year to Date

             1/1/98       8/18/98 =

ov weekly Pay $1758.33    60% = 1054.99

Thanks for all your help

           Craig

UACL00885

9-22-1999 12:31PM



## Annual Deductible

A $50 individual or $100 family deductible applies to all dental services except preventive. After you pay this amount, the plan pays a percentage of covered, reasonable and customary dental expenses up to the calendar-year or lifetime orthodontia maximum.

## Calendar-Year Maximum

The plan will pay up to $1,500 in reasonable and customary dental costs for each covered family member *during a calendar year.*

## Orthodontia Maximum

A separate *lifetime* maximum for orthodontics is $1,500 for each covered person.

## Exclusions

The Indemnity Dental Plan provides benefits for covered, medically necessary services. Several exclusions apply to this coverage. These exclusions include, *but are not limited to,* the following list. Except as required by law, the plan does not provide coverage for:

- Dental services performed solely for cosmetic reasons
- Charges in excess of 90% of the reasonable and customary allowances
- Dental services that do not meet common dental standards
- Replacement of a lost or stolen dental appliance
- Replacement of a bridge or denture within five years following the date of its original installation
- Surgical implant of any type, including any prosthetic device attached to it
- Services that are determined to be medical services
- Charges you are not legally required to pay
- Experimental or investigational procedures and treatments
- Any condition covered under any Workers' Compensation or similar law
- Procedures, appliances, or restorations, other than full dentures, whose main purpose is to change vertical dimension, diagnose or treat conditions of TMJ, stabilize periodontally involved teeth, or restore occlusion
- Veneers of porcelain or acrylic materials on crowns or pontics or on replacing the upper and lower first, second, and third molars
- Any injury resulting from, or in the course of, any employment for wage or profit

## Voluntary Disability Plan

The Republic Rewards Voluntary Disability Plan provides continuing income when you are unable to work as a result of a qualifying disability.

You have the opportunity to purchase Voluntary Disability Plan coverage. This coverage provides:

- 65% of earnings during the first six months (180 days) of disability
- 60% of earnings if the disability continues after the first six months

For the annual enrollment period effective January 1, 1999, Evidence of Insurability will not be required. If you don't enroll in Voluntary Disability coverage when you first become eligible or you voluntarily cancel coverage, you may enroll at a future annual enrollment if you provide Evidence of Insurability.

## Maximum Benefit

The maximum benefit from the Voluntary Disability Plan is $7,500 a month.

## Duration of Benefits

These benefits begin after you have used all of your available sick days or you have been disabled for seven calendar days, whichever is later. Benefits are paid to you on a weekly basis until you have been disabled for 180 days. Thereafter, benefits will be paid to you on a monthly basis, in arrears, during the period you continue to meet the definition of disability up to age 65. If your disability occurs at or after age 60, benefits are paid for a period of time based on your age on the date you become disabled.

26

UACL00884



## Pre-existing Conditions

A pre-existing condition is a sickness or injury for which you have received medical treatment, consultation, care, or services, including diagnostic measures, or have taken prescribed drugs or medicines during the six months before being covered by the Republic Rewards Voluntary Disability Plan.

If you become disabled during the first 12 months you are enrolled in the disability program and the disability is the result of a pre-existing condition, your benefit payment will be limited to the first six months. After the first six months, benefits are subject to a pre-existing condition review. If the condition is determined to be pre-existing, benefits will not be paid.

Once an associate has been enrolled in the disability plan for 12 consecutive months without becoming disabled, he/she will no longer be considered having a pre-existing condition.

## Mental Health Disabilities

Disability benefits are paid for a maximum of 30 months per lifetime for disabilities caused by mental illness that meet the definition of disability. Mental health benefits continue beyond 30 months only if you are institutionalized or hospitalized as a result of the disability.

## Exclusions

Benefits from the Voluntary Disability Plan will not be paid for disabilities caused by, contributed to, or resulting from:

- Intentionally self-inflicted injuries
- Active participation in a riot
- War, declared or undeclared, or any act of war
- Conviction of a crime under state or federal law
- Loss of professional license, occupational license, or certification
- Pre-existing conditions
- On the job injuries for the first 6 months of benefits

The Voluntary Disability Plan will not pay a benefit for any period of disability during which you are in prison.

## Definition of Disability

You are considered eligible for disability benefits if you:

- Are limited from performing material and substantial duties of your regular occupation due to your sickness or injury and
- Have a 20% or more loss in indexed monthly earnings due to the same sickness or injury

After 30 months, you continue to be eligible for disability benefits if you:

- Are unable to perform the duties of any gainful occupation for which you are reasonably fitted by education, training, or experience and
- Have a 20% or more loss in indexed monthly earnings due to the same sickness or injury

27

UACL00883

# Evidence of Insurability

Any amount of combined Core and Supplemental Life Insurance in excess of $750,000 is subject to proof of insurability to be furnished at the covered associate's expense. Subject to the provisions of the Life policy, such excess amounts will take effect on the first of the month following the date on which such proof as satisfactory.

For the annual enrollment effective January 1, 1999, Evidence of Insurability will not be required as long as the combined Core and Supplemental coverage amount does not exceed $750,000.

During the future annual enrollment periods, eligible associates who previously have not enrolled for coverage may elect to be covered during this period and will not have to submit proof of insurability, unless such associate has previously been denied coverage or is electing an amount greater than 7 times salary.

An eligible associate who has previously enrolled for coverage may elect to increase coverage and will not have to submit proof of insurability, unless such associate is electing an increase greater than one level above the current benefit level.

If you have a family status change during the year and you change your life insurance or disability coverage choice as a result, evidence of insurability will usually be required.

However, if your life insurance increase is only for an additional one times your earnings, evidence of insurability will not be required.

## AD&D Benefits

| Loss | Benefit Paid |
|------|-------------|
| Life | 100 % |
| Both hands or feet | 100 % |
| Sight of both eyes | 100 % |
| One hand and one foot | 100 % |
| One hand and sight of one eye | 100 % |
| One foot and sight of one eye | 100 % |
| One hand or foot | 50 % |
| Sight of one eye | 50 % |

## Continuing Benefits

During the first six months of a disability, you may continue your medical, dental, supplemental life, and disability benefits by continuing to pay your associate contributions by personal check. After six months, your medical and dental coverage will be terminated. You will be eligible to continue your coverage through the Consolidated Omnibus Budget Reconciliation Act (COBRA) for the allowed continuation period. You will not be required to make contributions for disability or life insurance coverage during a qualified disability.

## Conversion

If you are covered under the Voluntary Disability Plan for 12 consecutive months and you leave Republic, you may convert a portion of your coverage to coverage under a group trust contract. You must apply for this coverage within 31 days after your employment ends. The monthly maximum under conversion is $4,000 per month.

There are certain times that you may not convert your coverage. Call the insurance administrator, Unum Life Insurance Company of America, at 1(800) 421-0344, if you wish to convert your coverage.

## Taxation

Your benefits from the Voluntary Disability Plan at time of claim will be tax free if you pay the premiums with after-tax dollars.

# Life and AD&D Insurance Plan

Life and accident insurance provide important financial security to you and your survivors. Republic Rewards pays for your core coverage, and you may choose additional levels of coverage.

## Core Life and AD&D

Coverage under Core Life and Accidental Death and Dismemberment (AD&D) Insurance is effective on the first of the month after you complete 90 days of service as a full-time associate at Republic.

The company pays the cost of your coverage. The life insurance benefit is $15,000 for non-managers and $25,000 for managers. The AD&D benefit is $15,000 for non-managers and $25,000 for managers. The benefit is reduced when you reach age 65 and again when you reach age 70 as a full-time associate. The reduction applies to both Core and Supplemental Life and AD&D Insurance. It is shown in the following table:

## Age Reduction

| Age | Benefit |
|-----|---------|
| 65-69 | 67% of pre-65 coverage amount |
| 70 and above | 50% of pre-65 coverage amount |

28

UACL00882

9-22-1999 12:34PM   FROM                                                    P.5



Liberty Life Assurance Company of Boston (Liberty) is the insurance carrier for all Republic Rewards life and AD&D insurance.

## Amount of Coverage

If you die, your beneficiary is eligible to receive your life insurance benefit. If you die as a result of an accident, your beneficiary is eligible to receive your life insurance benefit *plus* an AD&D benefit equal to your life insurance benefit.

If an accidental injury results in loss of a hand, foot, or sight, the AD&D insurance pays a lump-sum benefit directly to you. You are covered 24 hours a day. Benefits are paid as a percentage of your coverage based on the schedule on page 28.

When you suffer a loss resulting from an accident, the loss must occur within 90 days after the date of the accident.

Loss of hands or feet means complete severance through or above the wrist or ankle joint. Loss of sight must be total and irrecoverable.

## Supplemental Life and AD&D

Republic Rewards provides you the opportunity to buy additional insurance protection through Supplemental Life and AD&D coverage.

You may choose Supplemental Life and AD&D Insurance in amounts of one to five times your earnings. The cost of your coverage depends on your age. You make contributions on an after-tax basis through convenient payroll deductions. Earnings are rounded up to the next highest $1,000. For example, if your pay is $33,300, your coverage is $34,000 for one times earnings in Supplemental Life

Insurance and $34,000 for Supplemental AD&D.

If you die, your beneficiary is eligible to receive your Supplemental Life Insurance benefit in addition to your Core Life Insurance benefit.

If you die as a result of an accident, your beneficiary is eligible to receive a lump-sum payment in the amount of the Supplemental Life and AD&D coverage you buy in addition to benefits from the company-paid Core Life and AD&D Insurance.

For example, if you are a manager whose earnings are $25,000 and you purchase one times pay in Supplemental Life and AD&D coverage, your beneficiary will receive $50,000 from Core and Supplemental Life Insurance if you die of an illness. If you die of an accident, your beneficiary will receive $100,000 from Core and Supplemental Life and AD&D Insurance.

The maximum total benefit your beneficiary may receive is $2,500,000 from Core and Supplemental Life Insurance and $2,500,000 from Core and Supplemental AD&D Insurance.

## Definition of Earnings



29

UACL 00881

# EXHIBIT C

9-22-1999 12:36PM   FRO                                      P.6

$$58{,}025 \div 33 = 1758.33$$
$$60\% = \$1054.99$$



| CO. | FILE | DEPT. | CLOCK | NUMBER |
|-----|------|-------|-------|--------|
| REY | 197461 | 403 | | 0000085937  1 |

## Earnings Statement 

*STEVE MOORE CHEVROLET, INC.*
*5757 LAKEWORTH ROAD*
*P.O. BOX 9500*
*GREENACRES, FL 33466-9500*

| Period Ending: | 08/18/1998 |
|----------------|------------|
| Pay Date: | 08/21/1998 |

Social Security Number: 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
Taxable Marital Status: Single
Exemptions/Allowances:
   Federal:  2
   State:   No State Income Tax

**CRAIG KAYAJANIAN**
**627 A LACONIA CIRCLE**
**LAKE WORTH, FL 33467**

33

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | | | 1,771.10 | 41,412.06 |
| Bonus | | | | 12,658.00 |
| Demo Earnings | | | | 1,250.00 |
| Memo Acct | | | | 100.00 |
| Spiffs | | | | 2,705.00 |
| Gross Pay | | | | 58,025.06 |

58 025.06

| Deductions | Statutory | | |
|------------|-----------|--|--|
| | Federal Income Tax | -395.73 | 10,847.90 |
| | Social Security Tax | -107.19 | 3,537.60 |
| | Medicare Tax | -25.07 | 827.34 |
| | **Other** | | |
| | Disability | -18.20* | 455.00 |
| | Health | -24.00* | 512.00 |
| | Optional Life | -6.00 | |
| | Accidental Dis | | 102.00 |
| | Accounts Receve | | 336.54 |
| | **Net Pay:** | $1,194.91 | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,728.90

*handwritten:* P.D.F 1-888-977-398
(561-912-2741)
FRAN Nelson
at Chasse

UACL00880



# EXHIBIT D



Life
Waiver
Copied

UACL01122

# EXHIBIT E

Page: 1 Document Name: untitled

```
CEI710                    UNUM CEIL ELIGIBILITY FILE         DATE: 07/20/1999
CEI710-020         521022  AUTO NATION INC.                  TIME: 10:54

        ID: 197362105                     ELIGIBLE: YES
      NAME: CRAIG KAYAJANIAN                GENDER: MALE
   ADDRESS:                             BIRTH DATE: 10/01/1946
                                         HIRE DATE: 10/28/1997
           LAKE WORTH, FL 33467    USA     PHONE-H: (   )    -
  DIVISION: 4    (NOT SUPPLIED BY CLIENT)       -W: (   )    -
  COVERAGE: FT, NON-STATUTORY, VOLUNTARY
  JOB TYPE:                           GEOGRAPHIC:
 JOB TITLE:                           SITE STATE: (NOT SUPPLIED BY
    ENTITY:                            SITE CODE:
 E-MAIL ID:
  MED CODE:                  +----------- EMPLOYEE INFORMATION -----------+
   REG HRS:      WORK TYPE: M  | NAME:  NOT ON FILE                       |
 EDUCATION:                    |  ID:               PHONE:               |
 MARITAL STATUS:               +-----------------------------------------+
 LOCATION: Steve Moore Che
 COVERAGE DATE: 01/01/1999    SALARY:          .00 - W  ELIGIBLE FOR LTD: Y
 DATE ADDED: 00/00/0000   LAST CHANGED: 00/00/0000
 LTD BENEFIT: (NOT SUPPLIED BY CLIENT)
 PF6 = Copy to UDMS, PF4 = Select Another ID, PF9 = See Deductions, PF3 = Exit
```

UACL00707

Page: 1 Document Name: untitled

```
CEI710                   UNUM CEIL ELIGIBILITY FILE       DATE: 07/20/1999
CEI710-030        521022  AUTO NATION INC.                TIME: 10.54.15

      ID: 197362105                          ELIGIBLE: YES
    NAME: CRAIG KAYAJANIAN

          Code Deduction          Amount   Type
          ---- ----------------- -------   ----
          AMED MEDICAL PRE-TAX      5.77   PRE
          DIS  DISABILITY          14.55   POST
          LIF  Life Insurance       8.31   POST




          PF9 = Return to Eligibility Screen,  PF3 = Exit
```

UACL00708

Date: 7/20/99 Time: 10:55:31 AM



# EXHIBIT F



UNUM Life Insurance Company of America
Quality Review
2211 Congress Street
Portland, ME 04122
Phone: 1-800-413-7670
Fax :   1-207-575-2354

May 7, 2002

CRAIG KAYAJANIAN
514 HOLYOKE LN
LAKE WORTH FL 33467

RE:  Craig Kayajanian
     Claim Number:  0098570858        SSN:   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
     Policy Number:  519812

Dear Mr. Kayajanian:

We have received your letter dated April 24, 2002 and are notifying you that our position
remains as stated in our April 18, 2002 letter. Your claim was denied on April 12, 2001. This
decision was mailed to the correct address, was not returned to us and clearly outlines the
instructions that need to be followed to request an appeal of your claim. Your appeal was
received April 15, 2002, more than one year after the denial. You cite time requirements in the
policy for submitting a claim as standards set for notification to UNUM regarding claims.
However, these provisions clearly apply to claim submission not to appeals and are not relevant
to your claim at this time.

Please be advised that you have exhausted your administrative remedies and no further
administrative reviews will be provided on your claim.

Sincerely,

Matthew J. Roop
Lead Appeals Specialist

 MR/mr

UACL01306

# EXHIBIT G

Mr. Mathew J. Roop                                           *April 24, 2002*

Re: Craig Kayajanian
    Claim # 0098570858

ارا  0 6 2002

Dear Mr. Roop

*In your letter dated April 18, 2002 you stated that you could not, or would not, review my claim because of the untimely submission of my appeal. You made that determination, according to your letter, for the following reasons:*

1. *You stated that I was required to submit an appeal of Ms. Hyland's April 12, 2001 letter denying my claim within 90 days from the date of her letter.*
2. *You stated that Ms. Hyland's letter was sent to my correct address and had not been returned to Unum.*
3. *You questioned the elapsed time between my last disability payment and my contacting Unum Insurance*

*Hopefully this letter will provide enough pertinent information for you to reconsider your decision to review the denial of my claim.*

*I did not receive your company's letter denying my claim until April of 2002. In mid-March of 2002 I called Ms. Hyland to inquire about my claim and was, for the first time, made aware of the existence and the contents of Ms. Hyland's April 12, 2001 letter. I asked Ms. Hyland to send me a copy of that letter and she said she would send one right out. After waiting almost three weeks without receiving a copy of her letter I sent her a letter (3/29/02) advising her that I would be appealing her decision regarding my claim. I then called Unum's 800 number and spoke to a telephone claims person. I requested a copy of Ms. Hyland's April 12, 2001 letter. The claims agent agreed to send me a copy and within three days it arrived. Once in hand, and without delay, I sent Ms. Hyland an in-depth letter of appeal. I followed up that letter with a phone call a few days latter. During this call Ms Hyland told me she sent my file along with my letter of appeal to your department. During this call I asked Ms. Hyland if she sent me a copy of her April 12, 2001 letter, as she had promised to do. She assured me she sent it, as promised. Isn't it strange, the same person sent the same letter on two separate occasions without my receiving either one and without either one being returned to Unum!!! My not receiving Ms. Hyland's letters and them not being returned to Unum does not in any way provide evidence that these letters were ever delivered. Whether the post office mishandled them or incorrectly delivered them. Whether they were returned to Unum and Unum mishandled them. Or whether they were just never sent. These are all*

UACL01307

*scenarios I had no control over.  To avoid dilemmas like this all the letters I've sent to Unum I've sent certified mail and attached a return receipt.*

*As you know in both Ms. Hyland's denial letter and in your letter dated April 18, 2002 you state " if you wish to have your claim denial reviewed, you must submit a request for review within 90 days from the date of the letter." In Unum's SPD ( LTD-CLM 1 ) it discusses notifying Unum Insurance of a claim.  It starts out requesting notification within 30 days and ends up requiring notification within one year.  Some were in the middle it states "as soon as reasonably possible."  On the page marked ERISA- 5 it asks. What do you do to appeal the denial of a claim?  It states "it must be submitted within 60 days after receiving Unum's notice of denial."*

*During the summer of 2000 I plead guilty to a crime.  I received an eleven-month sentence.   The judge ordered me to serve eight months in a half-way house and serve three months in home detention.  I thought that since both of these detentions allowed me to work (if I were able) that notifying Unum Insurance was not necessary.  Unfortunately the court did not honor its commitment and in the spring of 2001 I was sent to a Federal Prison Camp.  Not only was I unable to work while confined at the camp but for the balance of my eleven month sentence my activities were so restricted that working ten to twelve hours a day seven days a week (if I were able) would not have been permitted. The portion of my confinement that would have precluded my being eligible for disability payments, I really don't know.  What I do know is that I contacted Unum Insurance regarding my claim "as soon as reasonably possible."*

*As you know your company denied my claim in late December of 2000.  When that decision was reversed they wasted no time (just 90 days) "creating more reasons" to deny it again.  It seems that Unum will do almost anything to avoid paying a claim. Whether it's withholding exculpatory information, having the same "medical department" review the same medical documents and rendering a different conclusion, parsing the meaning of words, or creating job descriptions that couldn't be farther from the truth.  Just to mention a few.  If I were looking for examples of "bad faith" I'd certainly have plenty to choose from.*

*The denial of my claim should have never occurred, and without a denial there would be nothing to appeal.*

*The problems presented by my incarceration certainly present some very "special circumstances"*

*If a person risks loosing his insurance benefits by not responding quickly enough to a letter from his insurance company denying his claim.  If the insurance company sends only one letter giving this notice, any delay in, or deletion of, the delivery of this letter would benefit only the insurer at the expense of the insured.*

UACL01306

*In the policy summation that you sent me, it outlined Unum's procedures with regard to claims notifications (LTD-CLM 1). It requested notification in 30 days, or 90 days, or no latter than 1 year, or as soon as reasonably possible. Setting the standard that one must follow when notifying Unum Insurance regarding claims.*

*I submitted an appeal within days of receiving Ms. Hyland's letter denying my claim. Under the circumstances this certainly was as soon as reasonably possibly.*

*Please Mr. Roop review my appeal and reinstate my benefits. I'm sure I've provided you with enough reasons to do so. I anxiously await your honest review.*

*Sincerely,*

*Craig Kayajanian*

*cc:CMK*
*PAA*

UACL01305

# EXHIBIT H

 **UNUM.**

**GROUP INSURANCE POLICY
NON-PARTICIPATING**

**POLICYHOLDER:**    Republic Industries, Inc.

**POLICY NUMBER:**    519812 001

**POLICY EFFECTIVE DATE:**    January 1, 1998

**POLICY ANNIVERSARY DATE:** January 1

**GOVERNING JURISDICTION:**    Florida

**SUBJECT:**    Group Long Term Disability

UNUM Life Insurance Company of America (referred to as UNUM) will provide benefits under this policy.  UNUM makes this promise subject to all of this policy's provisions.

The policyholder should read this policy carefully and contact UNUM promptly with any questions.  This policy is delivered in and is governed by the laws of the governing jurisdiction and to the extent applicable by the Employee Retirement Income Security Act of 1974 (ERISA) and any amendments.  This policy consists of:

- all policy provisions and any amendments and/or attachments issued;
- employees' signed applications; and
- the certificate of coverage.

This policy may be changed in whole or in part.  Only an officer or a registrar of UNUM can approve a change.  The approval must be in writing and endorsed on or attached to this policy.  No other person, including an agent, may change this policy or waive any part of it.

Signed for UNUM at Portland, Maine on the Policy Effective Date.

President                      Secretary

UNUM Life Insurance Company of America
2211 Congress Street
Portland, Maine 04122

Copyright 1993, UNUM Life Insurance Company of America

C.FP-1              C.FP-1  (1/1/1998)

UACL 01428

# TABLE OF CONTENTS

BENEFITS AT A GLANCE..............................................................................B@G-LTD-1

LONG TERM DISABILITY PLAN..............................................................B@G-LTD-1

CLAIM INFORMATION..................................................................................LTD-CLM-1

LONG TERM DISABILITY..............................................................................LTD-CLM-1

POLICYHOLDER PROVISIONS.......................................................................EMPLOYER-1

CERTIFICATE SECTION..................................................................................CC.FP-1

GENERAL PROVISIONS. ...............................................................................EMPLOYEE-1

LONG TERM DISABILITY..............................................................................LTD-BEN-1

BENEFIT INFORMATION..............................................................................LTD-BEN-1

OTHER BENEFIT FEATURES.........................................................................LTD-OTR-1

STATE REQUIREMENTS..................................................................................STATE REQ-1

OTHER SERVICES...........................................................................................SERVICES-1

ERISA................................................................................................................ERISA-1

GLOSSARY.......................................................................................................GLOSSARY-1

UACL01427

TOC-1   (1/1/1998)

# BENEFITS AT A GLANCE

## LONG TERM DISABILITY PLAN

This long term disability plan provides financial protection for you by paying a portion of your income while you are disabled. The amount you receive is based on the amount you earned before your disability began and the monthly benefit option that you chose. In some cases, you can receive disability payments even if you work while you are disabled.

**EMPLOYER'S ORIGINAL PLAN**
**EFFECTIVE DATE:**   January 1, 1998

**PLAN YEAR:**          January 1, 1998 to January 1, 1999
                       and each following January 1 to January 1

**POLICY NUMBER:**     519812  001

**ELIGIBLE GROUP(S):**

    All Associates in active employment

**MINIMUM HOURS REQUIREMENT:**

    Employees must be working at least 30 hours per week.

**WAITING PERIOD:**

**All Associates hired before 12/1/97**
For employees in an eligible group on or before January 1, 1998:  None

For employees entering an eligible group after January 1, 1998:  None

**Group A All Corporate and Rental Associates hired after 12/1/97 and who have not completed one year of employment**
For employees in an eligible group on or before January 1, 1998:  First of the month following 30 days of continuous active employment

For employees entering an eligible group after January 1, 1998:  First of the month following 30 days of continuous active employment

**Group A All Corporate and Rental Associates hired after 12/1/97 and who have completed one year of employment**
For employees in an eligible group on or before January 1, 1998:

January 1 following one full year of employment

For employees entering an eligible group after January 1, 1998:

January 1 following one year of employment.

You must  be in continuous active employment in an eligible group during the specified waiting period.

**Group B All Automotive Retail Associates hired after 12/1/97**
For employees in an eligible group on or before January 1, 1998:  First of the month following 90 days of continuous active employment

For employees entering an eligible group after January 1, 1998:  First of the month following 90 days of continuous active employment

UACL01426

B@G-LTD-1   (1/1/1998)

## REHIRE:

If your employment ends and you are rehired within 12 months, your previous work while in an eligible group will apply toward the waiting period.  All other policy provisions apply.

## WHO PAYS FOR THE COVERAGE:

**All Associates hired before 12/1/97, Group A All Corporate and Rental Associates hired after 12/1/97 and who have completed one year of employment**
*Option A*

Your Employer pays the cost of your coverage.

*Option B*

You pay the cost of your coverage.

**Group A All Corporate and Rental Associates hired after 12/1/97 and who have not completed one year of employment, Group B All Automotive Retail Associates hired after 12/1/97**
*Option A*

No Coverage

*Option B*

You pay the cost of your coverage.

## ELIMINATION PERIOD:

180 days

Benefits begin the day after the elimination period is completed.

## MONTHLY BENEFIT:

**All Associates hired before 12/1/97, Group A All Corporate and Rental Associates hired after 12/1/97 and who have completed one year of employment**
*Option A*

50% of monthly earnings to a maximum benefit of $15,000 per month.

Your payment may be reduced by deductible sources of income and disability earnings.  Some disabilities may not be covered or may have limited coverage under this plan.

*Option B*

60% of monthly earnings to a maximum benefit of $15,000 per month.

Your payment may be reduced by deductible sources of income and disability earnings.  Some disabilities may not be covered or may have limited coverage under this plan.

**Group A All Corporate and Rental Associates hired after 12/1/97 and who have not completed one year of employment, Group B All Automotive Retail Associates hired after 12/1/97**
*Option A*

No Coverage

*Option B*

60% of monthly earnings to a maximum benefit of $15,000 per month.

Your payment may be reduced by deductible sources of income and disability earnings.  Some disabilities may not be covered or may have limited coverage under this plan.

UACL01425

B@G-LTD-2   (1/1/1998)

**MAXIMUM PERIOD OF PAYMENT:**

| Age at Disability | Maximum Period of Payment |
|---|---|
| Less than age 60 | To age 65. but not less than 5 years |
| Age 60 | 60 months |
| Age 61 | 48 months |
| Age 62 | 42 months |
| Age 63 | 36 months |
| Age 64 | 30 months |
| Age 65 | 24 months |
| Age 66 | 21 months |
| Age 67 | 18 months |
| Age 68 | 15 months |
| Age 69 and over | 12 months |

No premium payments are required for your coverage while you are receiving payments under this plan.

**OTHER FEATURES:**

Continuity of Coverage

Conversion

Minimum Benefit

Pre-Existing: 6/12

Survivor Benefit

**The above items are only highlights of this plan.  For a full description of your coverage, continue reading your certificate of coverage section.**

UACL01424

B@G-LTD-3   (1/1/1998)

# CLAIM INFORMATION

# LONG TERM DISABILITY

## WHEN DO YOU NOTIFY UNUM OF A CLAIM?

We encourage you to notify us of your claim as soon as possible, so that a claim decision can be made in a timely manner.  Written notice of a claim should be sent within 30 days after the date your disability begins or as soon as reasonably possible.  However, you must send UNUM written proof of your claim no later than 90 days after your elimination period.  If it is not possible to give proof within 90 days, it must be given no later than 1 year after the time proof is otherwise required except in the absence of legal capacity.

The claim form is available from your Employer, or you can request a claim form from us.  If you do not receive the form from UNUM within 15 days of your request, send UNUM written proof of claim without waiting for the form.

You must notify us immediately when you return to work in any capacity.

## HOW DO YOU FILE A CLAIM?

You and your Employer must fill out your own sections of the claim form and then give it to your attending doctor.  Your doctor should fill out his or her section of the form and send it directly to UNUM.

## WHAT INFORMATION IS NEEDED AS PROOF OF YOUR CLAIM?

Your proof of claim, provided at your expense, must show:

- that you are under the **regular care** of a **doctor**;
- the appropriate documentation of your monthly earnings;
- the date your disability began;
- the cause of your disability;
- the extent of your disability, including restrictions and limitations preventing you from performing your regular occupation; and
- the name and address of any **hospital or institution** where you received treatment, including all attending doctors.

We may request that you send proof of continuing disability indicating that you are under the regular care of a doctor.  This proof, provided at your expense, must be received within 30 days of a request by us.

In some cases, you will be required to give UNUM authorization to obtain additional medical information and to provide non-medical information as part of your proof of claim, or proof of continuing disability.  UNUM will deny your claim, or stop sending you payments, if the appropriate information is not submitted.

## TO WHOM WILL UNUM MAKE PAYMENTS?

UNUM will make payments to you.

UACLO 1423

LTD-CLM-1   (1/1/1998)

### WHAT HAPPENS IF UNUM OVERPAYS YOUR CLAIM?

UNUM has the right to recover any overpayments due to:

- fraud;
- any error UNUM makes in processing a claim; and
- your receipt of deductible sources of income.

You must reimburse us in full.  We will determine the method by which the repayment is to be made.

UNUM will not recover more money than the amount we paid you.

UACL01422

LTD-CLM-2  (1/1/1998)

# POLICYHOLDER PROVISIONS

### WHAT IS THE COST OF THIS INSURANCE?

The initial premium for each **plan** is based on the initial rate(s) shown below.

## LONG TERM DISABILITY

### INITIAL RATE

**All Associates hired before 12/1/97, Group A All Corporate and Rental Associates hired after 12/1/97 and who have completed one year of employment**
*OPTION A*

Monthly rate of:    .30 % of **total covered payroll.**

*OPTION B*

Monthly rate of:    .46 % of **total covered payroll.**

**Group A All Corporate and Rental Associates hired after 12/1/97 and who have not completed one year of employment, Group B All Automotive Retail Associates hired after 12/1/97**
*OPTION A*

No Coverage

*OPTION B*

Monthly rate of:    .46 % of **total covered payroll.**

### WAIVER OF PREMIUM

UNUM does not require premium payments for an insured while he or she is receiving Long Term Disability payments under this plan.

### RATE GUARANTEE

A change in premium rate will not take effect before January 1, 2000.  However, UNUM  may change premium rates at any time for reasons which affect the risk assumed, including those reasons shown below:

- a change occurs in this plan design;
- a division, subsidiary, or affiliated company is added or deleted;
- the number of insureds changes by 25% or more; or
- a new law or a change in any existing law is enacted which applies to this plan.

UNUM will notify the Policyholder in writing at least 45 days before a premium rate is changed.  A change may take effect on an earlier date when both UNUM and the Policyholder agree.

UACL01421

EMPLOYER-1   (1/1/1998)

## WHEN IS PREMIUM DUE FOR THIS POLICY?

Premium Due Dates:  January 1, 1998 and the first day of each calendar month thereafter.

The **Policyholder** must send all premiums to UNUM on or before their respective due date.  The premium must be paid in United States dollars.

## WHEN ARE INCREASES OR DECREASES IN PREMIUM DUE?

Premium increases or decreases, for other than salary changes, which take effect during a plan month are adjusted and due on the next premium due date following the change.  Changes will not be pro-rated daily.

Premium increases or decreases due to salary changes should be adjusted on the first day of the next plan year.

If premiums are paid on other than a monthly basis, premiums for increases and decreases will result in a monthly pro-rated adjustment on the next premium due date.

UNUM will only adjust premium for the current plan year and the prior plan year.  In the case of fraud, premium adjustments will be made for all plan years.

## WHAT INFORMATION DOES UNUM REQUIRE FROM THE POLICYHOLDER?

The Policyholder must provide UNUM with the following on a regular basis:

- information about employees:
  • who are eligible to become insured;
  • whose amounts of coverage change; and/or
  • whose coverage ends;
- occupational information and any other information that may be required to manage a claim; and
- any other information that may be reasonably required.

Policyholder records that, in UNUM's opinion, have a bearing on this policy will be available for review by UNUM at any reasonable time.

Clerical error or omission by UNUM will not:

- prevent an employee from receiving coverage;
- affect the amount of an insured's coverage; or
- cause an employee's coverage to begin or continue when the coverage would not otherwise be effective.

## WHO CAN CANCEL THIS POLICY OR A PLAN UNDER THIS POLICY?

This policy or a plan under this policy can be cancelled:

- by UNUM; or
- by the Policyholder.

UNUM may cancel or offer to modify this policy or a plan if:

EMPLOYER-2  (1/1/1998)

UACL01420

- there is less than 75% participation of those eligible employees who pay all or part of their premium for a plan; or
- there is less than 100% participation of those eligible employees for a Policyholder paid plan;
- the Policyholder does not promptly provide UNUM with information that is reasonably required;
- the Policyholder fails to perform any of its obligations that relate to this policy;
- fewer than 25 employees are insured under a plan;
- the Policyholder fails to pay any premium within the 31 day **grace period**.

If UNUM cancels this policy or a plan for reasons other than the Policyholder's failure to pay premium, a written notice will be delivered to the Policyholder at least 45 days prior to the cancellation date.

UNUM also reserves the right to set a participation requirement for each coverage option under a plan and to cancel an option if the participation requirement is not met.

If the premium is not paid during the grace period, the policy or plan will terminate automatically at the end of the grace period. The Policyholder is liable for premium for coverage during the grace period. The Policyholder must pay UNUM all premium due for the full period each plan is inforce.

The Policyholder may cancel this policy or a plan by written notice delivered to UNUM at least 31 days prior to the cancellation date. When both the Policyholder and UNUM agree, this policy or a plan can be cancelled on an earlier date. If UNUM or the Policyholder cancels this policy or a plan, coverage will end at 12:00 midnight on the last day of coverage.

If this policy or a plan is cancelled, the cancellation will not affect a **payable claim**.

- the Policyholder does not promptly provide UNUM with information that is reasonably required;
- the Policyholder fails to perform any of its obligations that relate to this policy;
- fewer than 25 employees are insured under a plan;
- the Policyholder fails to pay any premium within the 90 day **grace period**.

If UNUM cancels this policy or a plan for reasons other than the Policyholder's failure to pay premium, a written notice will be delivered to the Policyholder at least 45 days prior to the cancellation date.

UNUM also reserves the right to set a participation requirement for each coverage option under a plan and to cancel an option if the participation requirement is not met.

If the premium is not paid during the grace period, the policy or plan will terminate automatically at the end of the grace period. The Policyholder is liable for premium for coverage during the grace period. The Policyholder must pay UNUM all premium due for the full period each plan is inforce.

The Policyholder may cancel this policy or a plan by written notice delivered to UNUM at least 31 days prior to the cancellation date. When both the Policyholder and UNUM agree, this policy or a plan can be cancelled on an earlier date. If

UACL01419

EMPLOYER-3  (1/1/1998)

UNUM or the Policyholder cancels this policy or a plan, coverage will end at 12:00 midnight on the last day of coverage.

If this policy or a plan is cancelled, the cancellation will not affect a **payable claim**.

## WHAT HAPPENS TO AN EMPLOYEE'S COVERAGE UNDER THIS POLICY WHILE HE OR SHE IS ON A FAMILY AND MEDICAL LEAVE OF ABSENCE?

We will continue the employee's coverage in accordance with the policyholder's Human Resource policy on family and medical leaves of absence if premium payments continue and the policyholder approved the employee's leave in writing.

Coverage will be continued until the end of the later of:

1. the leave period required by the federal Family and Medical Leave of Absence Act of 1993 and any amendments; or
2. the leave period required by applicable state law.

If the policyholder's Human Resource policy doesn't provide for continuation of an employee's coverage during a family and medical leave of absence, the employee's coverage will be reinstated when he or she returns to active employment.

We will not:

- apply a new waiting period;
- apply a new pre-existing conditions exclusion; or
- require evidence of insurability.

## DIVISIONS, SUBSIDIARIES OR AFFILIATED COMPANIES INCLUDE:

Refer to contract file correspondence for a listing of names and locations approved by the Insurance Company.

UACL01418

EMPLOYER-4   (1/1/1998)

# CERTIFICATE SECTION

UNUM Life Insurance Company of America (referred to as UNUM) welcomes you as a client.

This is your certificate of coverage as long as you are eligible for coverage and you become insured. You will want to read it carefully and keep it in a safe place.

UNUM has written your certificate of coverage in plain English. However, a few terms and provisions are written as required by insurance law. If you have any questions about any of the terms and provisions, please consult UNUM's claims paying office. UNUM will assist you in any way to help you understand your benefits.

If the terms and provisions of the certificate of coverage (issued to you) are different from the policy (issued to the policyholder), the policy will govern. Your coverage may be cancelled or changed in whole or in part under the terms and provisions of the policy.

The policy is delivered in and is governed by the laws of the governing jurisdiction and to the extent applicable by the Employee Retirement Income Security Act of 1974 (ERISA) and any amendments. When making a benefit determination under the policy, UNUM has discretionary authority to determine your eligibility for benefits and to interpret the terms and provisions of the policy.

For purposes of effective dates and ending dates under the group policy, all days begin at 12:01 a.m. and end at 12:00 midnight at the Policyholder's address.

*Kevin J. Tierney*

Secretary

**UNUM Life Insurance Company of America**
2211 Congress Street
Portland, Maine 04122

UACL01417

CC.FP-1   (1/1/1998)

# GENERAL PROVISIONS

## *WHAT IS THE CERTIFICATE OF COVERAGE?*

This certificate of coverage is a written statement prepared by UNUM and may include attachments. It tells you:

- the coverage for which you may be entitled;
- to whom UNUM will make a payment; and
- the limitations, exclusions and requirements that apply within a plan.

UNUM will provide your Employer with a certificate of coverage for delivery to each insured.

## *WHEN ARE YOU ELIGIBLE FOR COVERAGE?*

If you are working for your Employer in an eligible group, the date you are eligible for coverage is the later of:

- the plan effective date; or
- the day after you complete your **waiting period**.

## *WHEN DOES YOUR COVERAGE BEGIN?*

This plan provides different benefit options. When you first become eligible for coverage, you may apply for any option, however, you cannot be covered under more than one option at a time.

**All Associates hired before 12/1/97, Group A All Corporate and Rental Associates hired after 12/1/97 and who have completed one year of employment**
Your Employer pays 100% of the cost of your coverage for Option A. If you don't apply for any other option you will automatically be covered under Option A at 12:01 a.m. on the date you are eligible for coverage.

You and your Employer share the cost of your coverage for any other option. You will be covered at 12:01 a.m. on the date you are eligible for coverage, if you apply for insurance on or before that date.

If you first become eligible for coverage after the plan effective date, you will be covered at 12:01 a.m. on the later of:

- the date you are eligible for coverage, if you apply for insurance on or before that date; or
- the date you apply for insurance, if you apply within 31 days after your eligibility date.

**Group A All Corporate and Rental Associates hired after 12/1/97 and who have not completed one year of employment, Group B All Automotive Retail Associates hired after 12/1/97**
You and your Employer share the cost of your coverage. You can decline coverage when you first become eligible which is Option A, or apply for coverage by choosing another option. Coverage will begin at 12:01 a.m. on the date you are eligible for coverage, if you apply for insurance on or before that date.

UACL01416

EMPLOYEE-1  (1/1/1998)

If you first become eligible for coverage after the plan effective date, you will be covered at 12:01 a.m. on the later of:

- the date you are eligible for coverage, if you apply for insurance on or before that date; or
- the date you apply for insurance, if you apply within 31 days after your eligibility date.

## WHEN CAN YOU CHANGE YOUR COVERAGE BY CHOOSING ANOTHER OPTION?

You can change your coverage by applying for a different option only during an **annual enrollment period** or within 31 days of a **family status change**. You can increase your coverage by one level or decrease your coverage any number of levels.

UNUM and your Employer determine when the annual enrollment period begins and ends. A change in coverage that is made during an annual enrollment period will begin at 12:01 a.m. on the first day of the next plan year.

Changes in coverage that are made at a family status change will begin at 12:01 a.m. on the later of:

- the date of the family status change, if you apply on or before that date; or
- the date you apply, if you apply within 31 days after the date of the family status change.

Changes in coverage must be appropriate and consistent with the family status change.

If you end employment and are rehired within the same plan year, you will be insured on your eligibility date for the coverage that you had under the plan when you ended employment. You cannot change your coverage until the next annual enrollment period or family status change.

## WHAT IF YOU ARE ABSENT FROM WORK ON THE DATE YOUR COVERAGE WOULD NORMALLY BEGIN?

If you are absent from work due to injury, sickness, temporary layoff or leave of absence, your coverage will begin on the date you return to active employment.

## ONCE YOUR COVERAGE BEGINS, WHAT HAPPENS IF YOU ARE TEMPORARILY NOT WORKING?

If you are on a temporary **layoff**, and if premium is paid, you will be covered through the end of the month that immediately follows the month in which your temporary layoff begins.

If you are on a **leave of absence**, and if premium is paid, you will be covered through the end of the month that immediately follows the month in which your leave of absence begins.

EMPLOYEE-2   (1/1/1998)

UACL01415

## WHEN WILL CHANGES TO YOUR COVERAGE TAKE EFFECT?

Once your coverage begins, any increased or additional coverage due to a change in your monthly earnings or due to a plan change requested by your Employer will take effect immediately if you are in active employment or if you are on a covered layoff or leave of absence. If you are not in active employment due to injury or sickness, any increased or additional coverage will begin on the date you return to active employment.

Any decrease in coverage will take effect immediately but will not affect a **payable claim** that occurs prior to the decrease.

## WHEN DOES YOUR COVERAGE END?

Your coverage under the policy or a plan ends on the earliest of:

- the date the policy or a plan is cancelled;
- the date you no longer are in an eligible group;
- the date your eligible group is no longer covered;
- the last day of the period for which you made any required contributions; or
- the last day you are in active employment except as provided under the covered layoff or leave of absence provision.

UNUM will provide coverage for a payable claim which occurs while you are covered under the policy or plan.

## WHAT ARE THE TIME LIMITS FOR LEGAL PROCEEDINGS?

You can start legal action regarding your claim 60 days after proof of claim has been given and up to the applicable statute of limitations from the time proof of claim is required, unless otherwise provided under federal law.

## HOW CAN STATEMENTS MADE IN YOUR APPLICATION FOR THIS COVERAGE BE USED?

UNUM considers any statements you or your Employer make in a signed application for coverage a representation and not a warranty. If any of the statements you or your Employer make are not complete and/or not true at the time they are made, we can:

- reduce or deny any claim; or
- cancel your coverage from the original effective date.

We will use only statements made in a signed application as a basis for doing this. These statements cannot be used to reduce or deny coverage if your coverage has been in force for at least two years.

However, if the Employer gives us information about you that is incorrect, we will:

- use the facts to decide whether you have coverage under the plan and in what amounts; and
- make a fair adjustment of the premium.

UACLO1414

EMPLOYEE-3  (1/1/1998)

## HOW WILL UNUM HANDLE INSURANCE FRAUD?

UNUM wants to ensure you and your Employer do not incur additional insurance costs as a result of the undermining effects of insurance fraud. UNUM promises to focus on all means necessary to support fraud detection, investigation, and prosecution.

It is a crime if you knowingly, and with intent to injure, defraud or deceive UNUM, or provide any information, including filing a claim, that contains any false, incomplete or misleading information. These actions, as well as submission of materially false information, will result in denial of your claim, and are subject to prosecution and punishment to the full extent under state and/or federal law. UNUM will pursue all appropriate legal remedies in the event of insurance fraud.

## DOES THE POLICY REPLACE OR AFFECT ANY WORKERS' COMPENSATION OR STATE DISABILITY INSURANCE?

The policy does not replace or affect the requirements for coverage by any workers' compensation or state disability insurance.

## DOES YOUR EMPLOYER ACT AS YOUR AGENT OR UNUM'S AGENT?

For purposes of the policy, your Employer acts on its own behalf or as your agent. Under no circumstances will your Employer be deemed the agent of UNUM.

UACL 01413

EMPLOYEE-4   (1/1/1998)

# LONG TERM DISABILITY

# BENEFIT INFORMATION

## HOW DOES UNUM DEFINE DISABILITY?

You are disabled when UNUM determines that:

- you are **limited** from performing the **material and substantial duties** of your **regular occupation** due to your **sickness** or **injury;** and
- you have a 20% or more loss in your **indexed monthly earnings** due to the same sickness or injury.

After 24 months of payments, you are disabled when UNUM determines that due to the same sickness or injury, you are unable to perform the duties of any **gainful occupation** for which you are reasonably fitted by education, training or experience.

The loss of a professional or occupational license or certification does not, in itself, constitute disability.

We may require you to be examined by a doctor, other medical practitioner or vocational expert of our choice. UNUM will pay for this examination. We can require an examination as often as it is reasonable to do so. We may also require you to be interviewed by an authorized UNUM Representative.

## HOW LONG MUST YOU BE DISABLED BEFORE YOU ARE ELIGIBLE TO RECEIVE BENEFITS?

You must be continuously disabled through your **elimination period.** UNUM will treat your disability as continuous if your disability stops for 30 days or less during the elimination period. The days that you are not disabled will not count toward your elimination period.

Your elimination period is 180 days.

## CAN YOU SATISFY YOUR ELIMINATION PERIOD IF YOU ARE WORKING?

Yes, provided you meet the definition of disability.

## WHEN WILL YOU BEGIN TO RECEIVE PAYMENTS?

You will begin to receive payments when we receive proof and approve your claim, providing the elimination period has been met. We will send you a payment monthly for any period for which UNUM is liable.

## HOW MUCH WILL UNUM PAY YOU IF YOU ARE DISABLED?

We will follow this process to figure your payment:

LTD-BEN-1   (1/1/1998)

UACL01412

**All Associates hired before 12/1/97, Group A All Corporate and Rental Associates hired after 12/1/97 and who have completed one year of employment**
*OPTION A*

1. Multiply your monthly earnings by 50%.
2. The maximum **monthly benefit** is $15,000.
3. Compare the answer from Item 1 with the maximum monthly benefit. The lesser of these two amounts is your **gross disability payment**.
4. Subtract from your gross disability payment any **deductible sources of income**.

The amount figured in Item 4 is your **monthly payment**.

*OPTION B*

1. Multiply your monthly earnings by 60%.
2. The maximum **monthly benefit** is $15,000.
3. Compare the answer from Item 1 with the maximum monthly benefit. The lesser of these two amounts is your **gross disability payment**.
4. Subtract from your gross disability payment any **deductible sources of income**.

The amount figured in Item 4 is your **monthly payment**.

**Group A All Corporate and Rental Associates hired after 12/1/97 and who have not completed one year of employment, Group B All Automotive Retail Associates hired after 12/1/97**
*OPTION A*

No Coverage

*OPTION B*

1. Multiply your monthly earnings by 60%.
2. The maximum **monthly benefit** is $15,000.
3. Compare the answer from Item 1 with the maximum monthly benefit. The lesser of these two amounts is your **gross disability payment**.
4. Subtract from your gross disability payment any **deductible sources of income**.

The amount figured in Item 4 is your **monthly payment**.

## WHAT ARE YOUR MONTHLY EARNINGS?

"Monthly Earnings" means your gross monthly income from your Employer in effect just prior to your date of disability. It includes your total income before taxes and any deductions made for pre-tax contributions to a qualified deferred compensation plan, Section 125 plan, or flexible spending account. It includes income actually received from commissions and bonuses just prior to your date of disability but does not include renewal commissions, overtime pay or any other extra compensation, or income received from sources other than your Employer.

Bonuses will be averaged for the lessor of:

a. the prior calendar year's 12 month period of your employment with your Employer just prior to the date your disability begins; or

LTD-BEN-2   (1/1/1998)

UACL01411

b. the period of actual employment with your Employer.

To be included in "Monthly Earnings," commissions earned must be 50% or more of the Associates basic annual earnings and will be averaged for the lessor of:

a. the 12 full calendar month period of your employment with your Employer just prior to the date your disability begins; or

b. the period of actual employment with your Employer.

### WHAT WILL WE USE FOR MONTHLY EARNINGS IF YOU BECOME DISABLED DURING A COVERED LAYOFF OR LEAVE OF ABSENCE?

If you become disabled while you are on a covered layoff or leave of absence, we will use your monthly earnings from your Employer in effect just prior to the date your absence begins.

### HOW MUCH WILL UNUM PAY YOU IF YOU ARE DISABLED AND WORKING?

We will send you the monthly payment if you are disabled and your monthly **disability earnings**, if any, are less than 20% of your indexed monthly earnings, due to the same sickness or injury.

If you are disabled and your monthly disability earnings are 20% or more of your indexed monthly earnings, due to the same sickness or injury, UNUM will figure your payment as follows:

During the first 12 months of payments, while working, your monthly payment will not be reduced as long as disability earnings plus the gross disability payment does not exceed 100% of indexed monthly earnings.

1. Add your monthly disability earnings to your gross disability payment.
2. Compare the answer in Item 1 to your indexed monthly earnings.

If the answer from Item 1 is less than or equal to 100% of your indexed monthly earnings, UNUM will not further reduce your monthly payment.

If the answer from Item 1 is more than 100% of your indexed monthly earnings, UNUM will subtract the amount over 100% from your monthly payment.

After 12 months of payments, while working, you will receive payments based on the percentage of income you are losing due to your disability.

1. Subtract your disability earnings from your indexed monthly earnings.
2. Divide the answer in Item 1 by your indexed monthly earnings. This is your percentage of lost earnings.
3. Multiply your monthly payment by the answer in Item 2.

This is the amount UNUM will pay you each month.

During the first 24 months of disability payments, if your monthly disability earnings exceed 80% of your indexed monthly earnings, UNUM will stop sending you payments and your claim will end.

UACL014410

LTD-BEN-3   (1/1/1998)

Beyond 24 months of disability payments, if your monthly disability earnings exceed the gross disability payment, UNUM will stop sending you payments and your claim will end.

UNUM may require you to send proof of your monthly disability earnings at least quarterly. We will adjust your payment based on your quarterly disability earnings.

As part of your proof of disability earnings, we can require that you send us appropriate financial records which we believe are necessary to substantiate your income.

After the elimination period, if you are disabled for less than 1 month, we will send you 1/30 of your payment for each day of disability.

## HOW CAN WE PROTECT YOU IF YOUR DISABILITY EARNINGS FLUCTUATE?

If your disability earnings routinely fluctuate widely from month to month, UNUM may average your disability earnings over the most recent 3 months to determine if your claim should continue.

If UNUM averages your disability earnings, we will not terminate your claim unless:

- During the first 24 months of disability payments, the average of your disability earnings from the last 3 months exceeds 80% of indexed monthly earnings; or
- Beyond 24 months of disability payments, the average of your disability earnings from the last 3 months exceeds the gross disability payment.

We will not pay you for any month during which disability earnings exceed the amount allowable under the plan.

## WHAT ARE DEDUCTIBLE SOURCES OF INCOME?

UNUM will subtract from your gross disability payment the following deductible sources of income:

1.  The amount that you receive or are entitled to receive under:

    - a workers' compensation law
    - an occupational disease law
    - any other **act** or **law** with similar intent.

2.  The amount that you receive or are entitled to receive as disability income payments under any:

    - state compulsory benefit **act or law**
    - other group insurance plan
    - governmental retirement system as a result of your job with your Employer.

3.  The amount that you, your spouse and your children receive or are entitled to receive as disability payments because of your disability under:

    - the United States Social Security Act
    - the Canada Pension **Plan**
    - the Quebec Pension Plan
    - any similar plan or act.

LTD-BEN-4  (1/1/1998)

UACL01409

4.  The amount that you receive as retirement payments or the amount your spouse and children receive as retirement payments because you are receiving retirement payments under:

    - the United States Social Security Act
    - the Canada Pension Plan
    - the Quebec Pension Plan
    - any similar plan or act.

5.  The amount that you:

    - receive as disability payments under your Employer's **retirement plan**
    - voluntarily elect to receive as retirement payments under your Employer's retirement plan
    - receive as retirement payments when you reach the later of age 62 or normal retirement age, as defined in your Employer's retirement plan.

    Disability payments under a retirement plan will be those benefits which are paid due to disability and do not reduce the retirement benefit which would have been paid if the disability had not occurred.

    Retirement payments will be those benefits which are based on your Employer's contribution to the retirement plan. Disability benefits which reduce the retirement benefit under the plan will also be considered as a retirement benefit.

    Regardless of how the retirement funds from the retirement plan are distributed, UNUM will consider your and your Employer's contributions to be distributed simultaneously throughout your lifetime.

    Amounts received do not include amounts rolled over or transferred to any eligible retirement plan. UNUM will use the definition of eligible retirement plan as defined in Section 402 of the Internal Revenue Code including any future amendments which affect the definition.

6.  The amount that you receive under Title 46, United States Code Section 688 (The Jones Act).

With the exception of retirement payments, UNUM will only subtract deductible sources of income which are payable as a result of the same disability.

We will not reduce your payment by your Social Security retirement income if your disability begins after age 65 and you were already receiving Social Security retirement payments.

## WHAT ARE NOT DEDUCTIBLE SOURCES OF INCOME?

UNUM will not subtract from your gross disability payment income you receive from, but not limited to, the following:

- 401(k) plans
- profit sharing plans
- thrift plans

UACL01408

LTD-BEN-5   (1/1/1998)

- tax sheltered annuities
- stock ownership plans
- non-qualified plans of deferred compensation
- pension plans for partners
- military pension and disability income plans
- credit disability insurance
- franchise disability income plans
- a retirement plan from another Employer
- individual retirement accounts (IRA)
- individual disability income plans
- no fault motor vehicle plans
- **salary continuation** or **accumulated sick leave** plans

## WHAT IF SUBTRACTING DEDUCTIBLE SOURCES OF INCOME RESULTS IN A ZERO BENEFIT? (Minimum Benefit)

The minimum monthly payment is the greater of:

- $100; or
- 10% of your gross disability payment.

UNUM may apply this amount toward an outstanding overpayment.

## WHAT HAPPENS WHEN YOU RECEIVE A COST OF LIVING INCREASE FROM DEDUCTIBLE SOURCES OF INCOME?

Once UNUM has subtracted any deductible source of income from your gross dis-ability payment, UNUM will not further reduce your payment due to a cost of living increase from that source.

## WHAT IF UNUM DETERMINES YOU MAY QUALIFY FOR DEDUCTIBLE INCOME BENEFITS?

When we determine that you may qualify for benefits under Item(s) 1., 2., and 3. in the deductible sources of income section, we will estimate your entitlement to these benefits. We can reduce your payment by the estimated amounts if such benefits:

- have not been awarded; and
- have not been denied; or
- have been denied and the denial is being appealed.

Your Long Term Disability payment will NOT be reduced by the estimated amount if you:

- apply for the disability payments under Item(s) 1., 2., and 3. in the deductible sources of income section and appeal your denial to all administrative levels UNUM feels are necessary; and
- sign UNUM's payment option form. This form states that you promise to pay us any overpayment caused by an award.

If your payment has been reduced by an estimated amount, your payment will be adjusted when we receive proof:

- of the amount awarded; or

LTD-BEN-6   (1/1/1998)

UACL 01407

- that benefits have been denied and all appeals UNUM feels are necessary have been completed. In this case, a lump sum refund of the estimated amount will be made to you.

If you receive a lump sum payment from any deductible sources of income, the lump sum will be pro-rated on a monthly basis over the time period for which the sum was given. If no time period is stated, we will use a reasonable one.

## HOW LONG WILL UNUM CONTINUE TO SEND YOU PAYMENTS?

UNUM will send you a payment each month up to the **maximum period of payment.** Your maximum period of payment is based on your age at disability as follows:

| Age at Disability | Maximum Period of Payment |
|---|---|
| Less than age 60 | To age 65, but not less than 5 years |
| Age 60 | 60 months |
| Age 61 | 48 months |
| Age 62 | 42 months |
| Age 63 | 36 months |
| Age 64 | 30 months |
| Age 65 | 24 months |
| Age 66 | 21 months |
| Age 67 | 18 months |
| Age 68 | 15 months |
| Age 69 and over | 12 months |

## WHEN WILL PAYMENTS STOP?

We will stop sending you payments and your claim will end on the earliest of the following:

- during the first 24 months of payments, when you are able to work in your regular occupation on a **part-time basis** but you choose not to;
- after 24 months of payments, when you are able to work in any gainful occupation on a part-time basis but you choose not to;
- the end of the maximum period of payment;
- the date you are no longer disabled under the terms of the plan;
- the date you fail to submit proof of continuing disability;
- the date your disability earnings exceed the amount allowable under the plan; or
- the date you die.

## WHAT DISABILITIES HAVE A LIMITED PAY PERIOD UNDER YOUR PLAN?

Disabilities, due to sickness or injury, which are primarily based on **self-reported symptoms**, and disabilities due to **mental illness** have a limited pay period up to 24 months.

UNUM will continue to send you payments beyond the 24 month period if you meet one or both of these conditions:

1. If you are confined to a **hospital or institution** at the end of the 24 month period, UNUM will continue to send you payments during your confinement.

LTD-BEN-7   (1/1/1998)

UACL01406

If you are still disabled when you are discharged, UNUM will send you payments for a recovery period of up to 90 days.

If you become reconfined at any time during the recovery period and remain confined for at least 14 days in a row, UNUM will send payments during that additional confinement and for one additional recovery period up to 90 more days.

2. In addition to Item 1, if, after the 24 month period for which you have received payments, you continue to be disabled and subsequently become confined to a hospital or institution for at least 14 days in a row, UNUM will send payments during the length of the reconfinement.

UNUM will not pay beyond the limited pay period as indicated above, or the maximum period of payment, whichever occurs first.

UNUM will not apply the mental illness limitation to dementia if it is a result of:

- stroke;
- trauma;
- viral infection;
- Alzheimer's disease; or
- other conditions not listed which are not usually treated by a mental health provider or other qualified provider using psychotherapy, psychotropic drugs, or other similar methods of treatment.

### WHAT DISABILITIES ARE NOT COVERED UNDER YOUR PLAN?

Your plan does not cover any disabilities caused by, contributed to by, or resulting from your:

- intentionally self-inflicted injuries
- active participation in a riot
- loss of a professional license, occupational license or certification
- commission of a crime for which you have been convicted under state or federal law
- pre-existing condition.

Your plan will not cover a disability due to war, declared or undeclared, or any act of war.

UNUM will not pay a benefit for any period of disability during which you are incarcerated.

### WHAT IS A PRE-EXISTING CONDITION?

You have a pre-existing condition when you apply for coverage when you first become eligible if:

· you received medical treatment, consultation, care or services including diagnostic measures, or took prescribed drugs or medicines in the 6 months just prior to your effective date of coverage; or you had symptoms for which an ordinarily prudent

LTD-BEN-8   (1/1/1998)

UACL 01405

person would have consulted a health care provider in the 6 months just prior to your effective date of coverage; and
- the disability begins in the first 12 months after your effective date of coverage.

In addition, this plan will not cover an increase in your coverage made at an annual enrollment period or family status change if you have a pre-existing condition. You have a pre-existing condition if:

- you received medical treatment, consultation, care or services including diagnostic measures, or took prescribed drugs or medicines in the 6 months just prior to the date your coverage increased; or you had symptoms for which an ordinarily prudent person would have consulted a health care provider in the 6 months just prior to the date your coverage increased; and
- the disability begins in the first 12 months after your coverage increased.

### WHAT HAPPENS IF YOU RETURN TO WORK FULL TIME AND YOUR DISABILITY OCCURS AGAIN?

If you have a **recurrent disability**, UNUM will treat your disability as part of your prior claim and you will not have to complete another elimination period if:

- you were continuously insured under the plan for the period between your prior claim and your recurrent disability; and
- your recurrent disability occurs within 6 months of the end of your prior claim.

Your recurrent disability will be subject to the same terms of this plan as your prior claim.

Any disability which occurs after 6 months from the date your prior claim ended will be treated as a new claim. The new claim will be subject to all of the policy provisions.

If you become entitled to payments under any other group long term disability plan, you will not be eligible for payments under the UNUM plan.

UACL01404

LTD-BEN-9   (1/1/1998)

# LONG TERM DISABILITY

# OTHER BENEFIT FEATURES

### *WHAT BENEFITS WILL BE PROVIDED TO YOUR FAMILY IF YOU DIE? (Survivor Benefit)*

When UNUM receives proof that you have died, we will pay your **eligible survivor** a lump sum benefit equal to 3 months of your gross disability payment if, on the date of your death:

- your disability had continued for 180 or more consecutive days; and
- you were receiving or were entitled to receive payments under the plan.

If you have no eligible survivors, payment will be made to your estate, unless there is none. In this case, no payment will be made.

However, we will first apply the survivor benefit to any overpayment which may exist on your claim.

### *WHAT IF YOU ARE NOT IN ACTIVE EMPLOYMENT WHEN YOUR EMPLOYER CHANGES INSURANCE CARRIERS TO UNUM? (Continuity of Coverage)*

When the plan becomes effective, UNUM will provide coverage for you if:

- you are not in active employment because of a sickness or injury; and
- you were covered by the prior policy.

Your coverage is subject to payment of premium.

Your payment will be limited to the amount that would have been paid by the prior carrier. UNUM will *reduce* your payment by any amount for which your prior carrier is liable.

### *WHAT IF YOU HAVE A DISABILITY DUE TO A PRE-EXISTING CONDITION WHEN YOUR EMPLOYER CHANGES INSURANCE CARRIERS TO UNUM? (Continuity of Coverage)*

UNUM may send a payment if your disability results from a pre-existing condition if, you were:

- in active employment and insured under the plan on its effective date; and
- insured by the prior policy at the time of change.

In order to receive a payment you must satisfy the pre-existing condition provision under:

1. the UNUM plan; or
2. the prior carrier's plan, if benefits would have been paid had that policy remained in force.

If you do not satisfy Item 1 or 2 above, UNUM will not make any payments.

UACL01403

LTD-OTR-1   (1/1/1998)



If you satisfy Item 1, we will determine your payments according to the UNUM plan provisions.

If you only satisfy Item 2, we will administer your claim according to the UNUM plan provisions.  However, your payment will be the lesser of:

a. the monthly benefit that would have been payable under the terms of the prior plan if it had remained inforce; or
b. the monthly payment under the UNUM plan.

Your benefits will end on the earlier of the following dates:

1. the end of the maximum benefit period under the plan; or
2. the date benefits would have ended under the prior plan if it had remained in force.

### WHAT INSURANCE IS AVAILABLE IF YOU END EMPLOYMENT? (Conversion)

If you end employment with your Employer, your coverage under the plan will end. You may be eligible to purchase insurance under UNUM's group conversion policy. To be eligible, you must have been insured under your Employer's group plan for at least 12 consecutive months.  We will consider the amount of time you were insured under the UNUM plan and the plan it replaced, if any.

You must apply for insurance under the conversion policy and pay the first quarterly premium within 60 days after the date your employment ends.

UNUM will determine the coverage you will have under the conversion policy.  The conversion policy may not be the same coverage we offered you under your Employer's group plan.

You are not eligible to apply for coverage under UNUM's group conversion policy if:

- you are or become insured under another group long term disability plan within 60 days after your employment ends;
- you are disabled under the terms of the plan;
- you recover from a disability and do not return to work for your Employer;
- you are on a leave of absence; or
- your coverage under the plan ends for any of the following reasons:
  - the plan is cancelled;
  - the plan is changed to exclude the group of employees to which you belong;
  - you are no longer in an eligible group;
  - you end your working career or retire and receive payment from any Employer's retirement plan; or
  - you fail to pay the required premium under this plan.

UACL01402

LTD-OTR-2   (1/1/1998)

# STATE REQUIREMENTS

## NOTICE OF INSURANCE CANCELLATION

Florida has some rules regarding an employer's responsibility to give notice to his employees when their group insurance is being terminated.

This notice must be in writing and must be given to the employee as soon as possible before the date insurance terminates.

UACL01401

STATE REQ-1   (1/1/1998)

# OTHER SERVICES

These services are also available from us as part of your UNUM Long Term Disability plan.

## HOW CAN UNUM HELP YOUR EMPLOYER IDENTIFY AND PROVIDE WORKSITE MODIFICATION?

A worksite modification might be what is needed to allow you to perform the material and substantial duties of your regular occupation with your Employer.  One of our designated professionals will assist you and your Employer to identify a modification we agree is likely to help you remain at work or return to work.  This agreement will be in writing and must be signed by you, your Employer and UNUM.

When this occurs, UNUM will reimburse your Employer for the cost of the modification, up to the greater of:

- $1,000; or
- the equivalent of 2 months of your monthly benefit.

This benefit is available to you on a one time only basis.

## HOW CAN UNUM'S REHABILITATION SERVICE HELP YOU RETURN TO WORK?

UNUM has a vocational rehabilitation program available to assist you to return to work.  This program is offered as a service, and is voluntary on your part and on UNUM's part.

In addition to referrals made to the rehabilitation program by our claims paying personnel, you may request to have your claim file reviewed by one of UNUM's rehabilitation professionals.  As your file is reviewed, medical and vocational information will be analyzed to determine if rehabilitation services might help you return to gainful employment.

Once the initial review is completed, UNUM may elect to offer you a return-to-work program.  The return-to-work program may include, but is not limited to, the following services:

- coordination with your Employer to assist you to return to work;
- evaluation of adaptive equipment to allow you to return to work;
- vocational evaluation to determine how your disability may impact your employment options;
- job placement services;
- resume preparation;
- job seeking skills training; or
- retraining for a new occupation.

## HOW CAN UNUM'S SOCIAL SECURITY CLAIMANT ADVOCACY PROGRAM ASSIST YOU WITH OBTAINING SOCIAL SECURITY DISABILITY BENEFITS?

In order to be eligible for assistance from UNUM's Social Security claimant advocacy program, you must be receiving monthly payments from us.  UNUM can

UACLO1400

SERVICES-1   (1/1/1998)

provide expert advice regarding your claim and assist you with your application or appeal.

Receiving Social Security benefits may enable:

- you to receive Medicare after 24 months of disability payments;
- you to protect your retirement benefits; and
- your family to be eligible for Social Security benefits.

We can assist you in obtaining Social Security disability benefits by:

- helping you find appropriate legal representation;
- obtaining medical and vocational evidence; and
- reimbursing pre-approved case management expenses.

UACL01399

SERVICES-2   (1/1/1998)

# ERISA

# SUMMARY PLAN DESCRIPTION

**Name of Plan:**
Republic Industries, Inc.

**Policy Number:**
519812   001

**Participants Included:**
Refer to Eligible Group(s) under each plan.

**Name and Address of Employer:**
Republic Industries, Inc.
110 SE 6th Street
23rd Floor
Ft Lauderdale, Florida
33322

**Contributions:**
Refer to "Who Pays For Your Coverage" under each plan.

**Plan Identification Number:**
a. Employer IRS Identification #:  73-1105145
b. Plan #:  501

**Plan Year Ends:**
December 31

**Plan Administrator, Name,**
**Address, and Telephone Number:**
Jackie Schinlever
450 E Las Olas Blvd
Suite 950
Ft Lauderdale, Florida
33301
(954) 713-5241

**Agent for Service of**
**Legal Process on the Plan:**
Republic Industries, Inc.
110 SE 6th Street
23rd Floor
Ft Lauderdale, Florida
33322

## *TYPE OF ADMINISTRATION*

Insurer Administration

ERISA-1   (1/1/1998)

UACL 01398

## AMENDING THE EMPLOYER'S ERISA PLAN

The Employer's ERISA plan may be changed in whole or in part by the Employer's company. Such changes must be in writing and endorsed on or attached to the ERISA plan.

## AMENDING UNUM'S POLICY

The Policy may be changed in whole or in part. The Employer can request a Policy change. Only an officer or registrar of UNUM can approve a change. The change must be in writing and endorsed on or attached to the Policy.

NOTE: If you end active employment, see your supervisor to determine what arrangements, if any, may be made to continue your coverage beyond the date you end active employment.

## WHO CAN CANCEL THE POLICY OR A PLAN UNDER THE POLICY?

The policy or a plan under the policy can be cancelled:

- by UNUM; or
- by the Policyholder.

UNUM may cancel or offer to modify the policy or a plan if:

- there is less than 75% participation of those eligible employees who pay all or part of their premium for a plan; or
- there is less than 100% participation of those eligible employees for a Policyholder paid plan;
- the Policyholder does not promptly provide UNUM with information that is reasonably required;
- the Policyholder fails to perform any of its obligations that relate to the policy;
- fewer than 25 employees are insured under a plan;
- the Policyholder fails to pay any premium within the 31 day grace period.

If UNUM cancels the policy or a plan for reasons other than the Policyholder's failure to pay premium, a written notice will be delivered to the Policyholder at least 45 days prior to the cancellation date.

UNUM also reserves the right to set a participation requirement for each coverage option under a plan and to cancel an option if the participation requirement is not met.

If the premium is not paid during the grace period, the policy or plan will terminate automatically at the end of the grace period. The Policyholder is liable for premium for coverage during the grace period. The Policyholder must pay UNUM all premium due for the full period each plan is inforce.

The Policyholder may cancel the policy or a plan by written notice delivered to UNUM at least 31 days prior to the cancellation date. When both the Policyholder and UNUM agree, the policy or a plan can be cancelled on an earlier date. If UNUM or the Policyholder cancels the policy or a plan, coverage will end at 12:00 midnight on the last day of coverage.

UACL01397

ERISA-2   (1/1/1998)

If the policy or a plan is cancelled, the cancellation will not affect a payable claim.

- the Policyholder does not promptly provide UNUM with information that is reasonably required;
- the Policyholder fails to perform any of its obligations that relate to the policy;
- fewer than 25 employees are insured under a plan;
- the Policyholder fails to pay any premium within the 90 day grace period.

If UNUM cancels the policy or a plan for reasons other than the Policyholder's failure to pay premium, a written notice will be delivered to the Policyholder at least 45 days prior to the cancellation date.

UNUM also reserves the right to set a participation requirement for each coverage option under a plan and to cancel an option if the participation requirement is not met.

If the premium is not paid during the grace period, the policy or plan will terminate automatically at the end of the grace period. The Policyholder is liable for premium for coverage during the grace period. The Policyholder must pay UNUM all premium due for the full period each plan is inforce.

The Policyholder may cancel the policy or a plan by written notice delivered to UNUM at least 31 days prior to the cancellation date. When both the Policyholder and UNUM agree, the policy or a plan can be cancelled on an earlier date. If UNUM or the Policyholder cancels the policy or a plan, coverage will end at 12:00 midnight on the last day of coverage.

If the policy or a plan is cancelled, the cancellation will not affect a payable claim.

### WHAT ARE YOUR RIGHTS UNDER ERISA?

As a participant in this plan, you are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA). ERISA provides that all plan participants shall be entitled to:

- examine, without charge, at the Plan Administrator's office and at other specified locations, all plan documents including insurance contracts, and copies of all documents filed by the plan with the U.S. Department of Labor, such as detailed annual reports and plan descriptions;
- obtain copies of all plan documents and other plan information upon written request to the Plan Administrator. The Plan Administrator may make a reasonable charge for the copies; and
- receive a summary of the plan's annual financial report. The Plan Administrator is required by law to furnish each participant with a copy of this summary annual report.

In addition to creating rights for plan participants, ERISA imposes duties upon the people who are responsible for the operation of the employee benefit plan.

The people who operate your plan, called "fiduciaries" of the plan, have a duty to do so prudently and in the interest of you and other plan participants and beneficiaries.

UACL01396

ERISA-3   (1/1/1998)

No one, including your Employer, or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a benefit or exercising your rights under ERISA.

If your claim for a benefit is denied, in whole or in part, you must receive a written explanation of the reason for the denial. You have the right to have your claim reconsidered.

Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request materials from the plan and do not receive them within 30 days, you may file suit in a federal court. In such a case, the court may require the Plan Administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the Administrator.

If you have a claim for benefits which is denied or ignored, in whole or in part, you may file suit in a state or federal court. If it should happen that plan fiduciaries misuse the plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a federal court. The court will decide who should pay court costs and legal fees. If you are successful, the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees, for example, if it finds your claim is frivolous.

If you have any questions about your plan, you should contact the Plan Administrator.

If you have any questions about this statement or about your rights under ERISA, you should contact the nearest office of the Pension and Welfare Benefits Administration, U.S. Department of Labor, listed in your telephone directory or the Division of Technical Assistance and Inquiries, Pension and Welfare Benefits Administration, U.S. Department of Labor, 200 Constitution Avenue, N.W., Washington, D.C. 20210.

## WHAT IF YOUR CLAIM IS DENIED?

In the event that your claim is denied, either in full or in part, UNUM will notify you in writing within 90 days after your claim form was filed. Under special circumstances, UNUM is allowed an additional period of not more than 90 days (180 days in total) within which to notify you of its decision. If such an extension is required, you will receive a written notice from UNUM indicating the reason for the delay and the date you may expect a final decision. UNUM's notice of denial shall include:

- the specific reason or reasons for denial with reference to those policy provisions on which the denial is based;
- a description of any additional material or information necessary to complete the claim and of why that material or information is necessary; and
- the steps to be taken if you or your beneficiary wish to have the decision reviewed.

Please note that if UNUM does not respond to your claim within the time limits set forth above, you should automatically assume that your claim has been denied and you should begin the appeal process at that time.

ERISA-4   (1/1/1998)

UACL01395

## WHAT DO YOU DO TO APPEAL?

If you or your authorized representative appeal a denied claim, it must be submitted within 60 days after you receive UNUM's notice of denial.  You have the right to:

- submit a request for review, in writing, to UNUM;
- review pertinent documents; and
- submit issues and comments in writing to UNUM.

UNUM will make a full and fair review of the claim and may require additional documents as it deems necessary or desirable in making such a review.  A final decision on the review shall be made not later than 60 days following receipt of the written request for review.  If special circumstances require an extension of time for processing, you will be notified of the reasons for the extension, and a decision shall be made not later than 120 days following receipt of the request for review.  The final decision on review shall be furnished in writing and shall include the reasons for the decision with reference, again, to those policy provisions upon which the final decision is based.

UACL 01394

ERISA-5   (1/1/1998)

# GLOSSARY

**ACTIVE EMPLOYMENT** means you are working for your Employer for earnings that are paid regularly and that you are performing the material and substantial duties of your regular occupation. You must be working at least the minimum number of hours as described under Eligible Group(s) in each plan.

Your work site must be:

- your Employer's usual place of business;
- an alternative work site at the direction of your Employer, including your home; or
- a location to which your job requires you to travel.

Normal vacation is considered active employment.
Temporary and seasonal workers are excluded from coverage.

**ANNUAL ENROLLMENT PERIOD** means a period of time before the beginning of each plan year.

**DEDUCTIBLE SOURCES OF INCOME** means income from deductible sources listed in the plan which you receive or are entitled to receive while you are disabled. This income will be subtracted from your gross disability payment.

**DISABILITY EARNINGS** means the earnings which you receive while you are disabled and working, plus the earnings you could receive if you were working to your maximum capacity.

**DOCTOR** means:

- a person performing tasks that are within the limits of his or her medical license; and
- a person who is licensed to practice medicine and prescribe and administer drugs or to perform surgery; or
- a person with a doctoral degree in Psychology (Ph.D. or Psy.D.) whose primary practice is treating patients; or
- a person who is a legally qualified medical practitioner according to the laws and regulations of the governing jurisdiction.

UNUM will not recognize you, or your spouse, children, parents or siblings as a doctor for a claim that you send to us.

**ELIMINATION PERIOD** means a period of continuous disability which must be satisfied before you are eligible to receive benefits from UNUM.

**EMPLOYEE** means a person who is in active employment with the Employer.

**EMPLOYER** means the Policyholder, and includes any division, subsidiary or affiliated company named in the policy.

**FAMILY STATUS CHANGE** means any of the following events:

- you get married or divorced;
- your child is born;
- you adopt a child;
- your spouse or child dies;

GLOSSARY-1   (1/1/1998)

UACL01393

- your spouse starts or ends employment;
- you or your spouse become full-time or part-time employees; or
- you or your spouse take an unpaid leave of absence.

**GAINFUL OCCUPATION** means an occupation that is or can be expected to provide you with an income at least equal to your gross disability payment within 12 months of your return to work.

**GRACE PERIOD** means the period of time following the premium due date during which premium payment may be made.

**GROSS DISABILITY PAYMENT** means the benefit amount before UNUM subtracts deductible sources of income and disability earnings.

**HOSPITAL OR INSTITUTION** means an accredited facility licensed to provide care and treatment for the condition causing your disability.

**INDEXED MONTHLY EARNINGS** means your monthly earnings adjusted on each anniversary of benefit payments by the lesser of 10% or the current annual percentage increase in the Consumer Price Index. Your indexed monthly earnings may increase or remain the same, but will never decrease.

The Consumer Price Index (CPI-W) is published by the U.S. Department of Labor. UNUM reserves the right to use some other similar measurement if the Department of Labor changes or stops publishing the CPI-W.

Indexing is only used to determine your percentage of lost earnings while you are disabled and working.

**INJURY** means a bodily injury that is the direct result of an accident and not related to any other cause. Disability must begin while you are covered under the plan.

**INSURED** means any person covered under a plan.

**LAW, PLAN OR ACT** means the original enactments of the law, plan or act and all amendments.

**LAYOFF** or **LEAVE OF ABSENCE** means you are temporarily absent from active employment for a period of time that has been agreed to in advance in writing by your Employer.

Your normal vacation time or any period of disability is not considered a temporary layoff or leave of absence.

**LIMITED** means what you cannot or are unable to do.

**MATERIAL AND SUBSTANTIAL DUTIES** means duties that:

- are normally required for the performance of your regular occupation; and
- cannot be reasonably omitted or modified.

**MAXIMUM CAPACITY** means, based on your restrictions and limitations:

UACL01392

GLOSSARY-2  (1/1/1998)

specialty or experience is the most appropriate for your disabling condition(s), according to generally accepted medical standards.

**REGULAR OCCUPATION** means the occupation you are routinely performing when your disability begins. UNUM will look at your occupation as it is normally performed in the national economy, instead of how the work tasks are performed for a specific employer or at a specific location.

**RETIREMENT PLAN** means a defined contribution plan or defined benefit plan. These are plans which provide retirement benefits to employees and are not funded entirely by employee contributions. Retirement Plan includes but is not limited to any plan which is part of any federal, state, county, municipal or association retirement system.

**SALARY CONTINUATION OR ACCUMULATED SICK LEAVE** means continued payments to you by your Employer of all or part of your monthly earnings, after you become disabled as defined by the Policy. This continued payment must be part of an established plan maintained by your Employer for the benefit of all employees covered under the Policy. Salary continuation or accumulated sick leave does not include compensation paid to you by your Employer for work you actually perform after your disability begins. Such compensation is considered disability earnings, and would be taken into account in calculating your monthly payment.

**SELF-REPORTED SYMPTOMS** means the manifestations of your condition which you tell your doctor, that are not verifiable using tests, procedures or clinical examinations standardly accepted in the practice of medicine. Examples of self-reported symptoms include, but are not limited to headaches, pain, fatigue, stiffness, soreness, ringing in ears, dizziness, numbness and loss of energy.

**SICKNESS** means an illness or disease. Disability must begin while you are covered under the plan.

**SURVIVOR, ELIGIBLE** means your spouse, if living; otherwise your children under age 25.

**TOTAL COVERED PAYROLL** means the total amount of monthly earnings for which employees are insured under this plan.

**WAITING PERIOD** means the continuous period of time (shown in each plan) that you must be in active employment in an eligible group before you are eligible for coverage under a plan.

**WE, US** and **OUR** means UNUM Life Insurance Company of America.

**YOU** means an employee who is eligible for UNUM coverage.

UACL 0139 1