02-80883.fj

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 02-80883 CIV UNGARO BENAGES

CRAIG KAYAJANIAN,

    Plaintiff,

vs.

UNUM LIFE INSURANCE COMPANY
OF AMERICA,

    Defendant.
_____/

### FINAL JUDGMENT

This cause having come before the court on the Defendant's Motion for Summary Judgment, and the Court having granted that Motion, it is hereby **ORDERED AND ADJUDGED** that **FINAL JUDGMENT** is hereby entered in favor of Defendant Unum Life Insurance Company of America, that the Plaintiff take nothing, that the action be dismissed on the merits, and that the Defendant Unum Life Insurance Company of America recover from the Plaintiff its costs of this action.

**DONE AND ORDERED** this 10th day of March, 2004 at Miami, Florida.

STEPHEN T. BROWN
U.S. MAGISTRATE JUDGE

cc:    Honorable Ursula Ungaro Benages
       counsel of record

