# United States Court of Appeals

Eleventh Circuit

56 Forsyth Street, N.W.
Atlanta, Georgia  30303

Thomas K. Kahn
Clerk

For rules and forms visit
www.ca11.uscourts.gov

October 14, 2004

Clarence  Maddox
Clerk, U.S. District Court
301 N. Miami Avenue
Miami  FL  33128

**Appeal Number: 04-11679-DD**
Case Style: Craig M. Kayajanian v. Unum Life Ins. Com
District Court Number:  02-80883 CV-STB

The enclosed certified copy of the judgment and a copy of this court's opinion are hereby issued as the mandate of this court.

Also enclosed are the following:
Original Exhibits, consisting of: Two Folders
Original record on appeal or review, consisting of: Two Volumes

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being mailed to counsel and pro se parties. A copy of the court's decision was previously mailed to counsel and pro se parties on the date it was issued.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Will Miller (404) 335-6194

Encl.

2 red col folders
2 brown accordion folders

88
H.H.

MDT-1 (03-2004)

# United States Court of Appeals

## For the Eleventh Circuit

|  |  |
|---|---|
| No. 04-11679 | FILED<br>U.S. COURT OF APPEALS<br>ELEVENTH CIRCUIT |
| District Court Docket No.<br>02-80883-CV-STB | Sep 15, 2004<br>THOMAS K. KAHN<br>CLERK |

CRAIG M. KAYAJANIAN,

        Plaintiff-Appellant,

versus

UNUM LIFE INSURANCE COMPANY
OF AMERICA,

        Defendant-Appellee.



A True Copy - Attested
Clerk U.S. Court of Appeals,
Eleventh Circuit

By _____
Deputy Clerk
Atlanta, Georgia

---------------------------------------------------------------

Appeal from the United States District Court
for the Southern District of Florida

---------------------------------------------------------------

### J U D G M E N T

    It is hereby ordered, adjudged, and decreed that the attached opinion included herein by reference, is entered as the judgment of this Court.

                  Entered:    September 15, 2004
            For the Court:    Thomas K. Kahn, Clerk
                  By:    Gilman, Nancy

ISSUED AS MANDATE
OCT 1 4 2004
U.S. COURT OF APPEALS
ATLANTA, GA.

[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

**FILED**
**U.S. COURT OF APPEALS**
**ELEVENTH CIRCUIT**
September 15, 2004
**THOMAS  K. KAHN**
**CLERK**

No. 04-11679
Non-Argument Calendar

D. C. Docket No. 02-80883-CV-STB

CRAIG M. KAYAJANIAN,

Plaintiff-Appellant,

versus

UNUM LIFE INSURANCE COMPANY
OF AMERICA,

Defendant-Appellee.

Appeal from the United States District Court
for the Southern District of Florida

**(September 15, 2004)**

Before BLACK, BARKETT and FAY, Circuit Judges.

PER CURIAM:

The summary judgment entered in favor of the defendant/appellee is affirmed for the reasons set forth in the Order on Motion for Summary Judgment entered on March 1, 2004, by the United States Magistrate Judge.

AFFIRMED.

A True Copy - Attested
Clerk U.S. Court of Appeals,
Eleventh Circuit

By: _William R. Miller_
Deputy Clerk
Atlanta, Georgia